## SHINKELL *v.* LETCHER *et al.*

### (January Term, 1866.)

1. APPEAL BOND — *by whom to be signed.* An appeal bond should be executed by the person named as security in the order granting the appeal; if not so executed, the appeal will be dismissed on motion.

2. NAMES — *Henry Service, J. H. Servoss,* are different names.

APPEAL from the Circuit Court of Montgomery county.

This was a suit in chancery in which the court below entered a decree dismissing the bill. From that decree the complainant prayed an appeal, which was granted upon his filing an appeal

Armson *v.* Forsyth.

bond with "Henry Service" as security. An appeal bond was filed, with "J. H. Servoss" as security.

The appellees entered their motion in this court to dismiss the appeal because the bond was not executed by the security named in the order granting the appeal.

Per Curiam: The appeal bond should have been executed by the person named as security in the order granting the appeal. Here the name signed as security is altogether different from that mentioned in the order.

Let the appeal be dismissed.